**Order filed, August 27, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00573-CV
_____

**GILJOY TECHNOLOGY, INC. AND GILBERT CRUZ, Appellant**

**V.**

**THE CITY OF HOUSTON, Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2011-33288A**

## ORDER

The reporter's record in this case was due **August 05, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Delicia Struss**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM